IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EVAN PHILLIPS						PLAINTIFF
ADC #173422

v.					No: 4:19-cv-00543 BRW-PSH

HYMES, *et al.*						DEFENDANTS

## ORDER

Plaintiff has submitted this 42 U.S.C. §1983 case for filing in this district. Except in circumstances not present in this case, federal venue is proper where the events giving rise to the claim occurred, or where any defendant resides.[1] Plaintiff's allegations involve events that occurred in Logan County, and Defendants are located there. Logan County is in the Hot Springs Division of the United States District Court for the Western District of Arkansas, and this case should have been brought there. A "district court of a district in which a case is filed laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."[2] Accordingly, it is in the interest of justice to transfer this case to the United States District Court for the Western District of Arkansas.

Accordingly, the Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED, this 6th day of August, 2019.

						Billy Roy Wilson
						UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 1391(b).
[2] *See* 28 U.S.C. § 1406(a).